**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**GLENDA S. NEELY**                                                                                  **PLAINTIFF**

**v.**                        **Case No. 3:16-cv-00194 KGB**

**FIRST NATIONAL BANK**
**OF LAWRENCE COUNTY**                                                            **DEFENDANT**

## ORDER OF REASSIGNMENT

The above styled case was assigned to the docket of United States District Judge Kristine G. Baker, on August 3, 2016. Because E. B. Chiles, IV of the law firm of Quattlebaum, Grooms, Tull & Burrow PLLC, appears on the Court's recusal list and has filed Notice of Appearance for First National Bank of Lawrence County, the case should be reassigned.

The Clerk's Office is directed to issue a Notice of Reassignment.

Dated this 29th day of August, 2016.

                                                AT THE DIRECTION OF THE COURT
                                                JAMES W. McCORMACK, CLERK

                                                BY: /s/ Tracy M. Washington
                                                    Courtroom Deputy to United States
                                                    District Judge Kristine G. Baker