IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

GLENDA S. NEELY                                                              PLAINTIFF

v.                                No. 3:16-cv-194-DPM

FIRST NATIONAL BANK
OF LAWRENCE COUNTY                                                DEFENDANT

## JUDGMENT

The complaint is dismissed without prejudice to continuation of the parties' pending litigation in the Circuit Court of Lawrence County, Arkansas, *First National Bank of Lawrence County v. Montgomery, et al.*, Case No. CV-2016-81.

_____
D.P. Marshall Jr.
United States District Judge

31 August 2016